**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH HENDERSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5748** |
| | : | |
| **JUDGE LOUIS A. MINCARELLI, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 24th day of July, 2026, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 71, 72, 73, 74, 75, 76, 77, 81), and *Pro Se* Plaintiff Joseph Henderson's Responses in Opposition (ECF Nos. 78, 80, 82, 83, 86), and all supporting documents thereto, it is hereby **ORDERED** that:

1. Pro *Se* Plaintiff Joseph Henderson's Second Amended Complaint is **DISMISSED WITH PREJUDICE** in its entirety for the reasons in the Court's Memorandum.

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 89) is **DENIED AS MOOT**.

3. Motions to Strike the Partial Summary Judgment (ECF Nos. 91, 93, 94) are **DENIED AS MOOT**.

4. Motions for Constitutional Rights (ECF Nos. 22, 23) are **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE**[1] this case.

---

[1] *Pro se* Plaintiff Joseph Henderson is **ORDERED** to make no further filings in this action as it relates to all Defendants, which has been marked closed with the exception that Plaintiff will be permitted to file a notice of appeal from this Order. Therefore, the Clerk of Court is **DIRECTED** not to accept any further pleadings from *pro se* Plaintiff Henderson under this case caption – other than a notice of appeal – because *pro se* Plaintiff is enjoined from filing documents or things under the above case caption until such time as the Court lifts the injunction.

**BY THE COURT:**

*/s/ John Milton Younge*

**JOHN MILTON YOUNGE, J.**